**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| TIMOTHY STEELE and | : | NO.  2:09-cv-02837-PBT |
| JUDITH STEELE, h/w | : | |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| BLAKE & UHLIG, P.A.; | : | |
| LAUREN FLETCHER; and | : | |
| BOILERMAKERS NATIONAL | : | |
| HEALTH AND WELFARE FUND, | : | |
| *Defendants* | : | |
| | : | |

**MOTION OF DEFENDANTS BLAKE & UHLIG, P.A. AND LAUREN FLETCHER
TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM
UPON WHICH RELIEF CAN BE GRANTED OR,
IN THE ALTERNATIVE, TO TRANSFER THE CASE**

Defendants Blake & Uhlig, P.A. and Lauren Fletcher by their undersigned counsel and pursuant to Federal Rule of Civil Procedures 12(b)(6) move this Court for an order dismissing Plaintiffs' Complaint for failure to state a claim upon which relief can be granted or, in the alternative, to transfer the case.  In support of their Motion, Defendants incorporate by reference the accompanying Memorandum of Law and appended Exhibits.  Two form Orders are provided.

*Oral argument is requested at the Court's discretion.*

**MARGOLIS EDELSTEIN**


By:   _/s/ JK724_
       JAMES R. KAHN, ESQUIRE
       I.D. no. 29127
       *jkahn@margolisedelstein.com*

The Curtis Center, Suite 400 E
170 S. Independence Mall West
Philadelphia, PA 19106-3337
Tel: (215) 922-1100

Attorneys for Defendants Blake & Uhlig, P.A.
and Lauren Fletcher

Dated: July 31, 2009