IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY STEELE and<br>JUDITH STEELE, h/w<br>　　*Plaintiffs*<br><br>　　v.<br><br>BLAKE & UHLIG, P.A.;<br>LAUREN FLETCHER; and<br>BOILERMAKERS NATIONAL<br>HEALTH AND WELFARE FUND,<br>　　*Defendants* | : : : : : : : : : : : : : | NO.  2:09-cv-02837-PBT |

**ORDER**

AND NOW, this _____ day of _____, 2009 upon consideration of Defendants Blake & Uhlig, P.A. and Lauren Fletcher's Motion to Dismiss for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(6) and any response thereto, **IT IS HEREBY ORDERED** and **DECREED** that the Motion is **GRANTED** and that Plaintiffs' Complaint is dismissed with prejudice as to the claims made against Blake & Uhlig, P.A. and Lauren Fletcher.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE PETRESE B. TUCKER, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY STEELE and<br>JUDITH STEELE, h/w<br>*Plaintiffs* | : : : : : | NO. 2:09-cv-02837-PBT |
| v. | : : | |
| BLAKE & UHLIG, P.A.;<br>LAUREN FLETCHER; and<br>BOILERMAKERS NATIONAL<br>HEALTH AND WELFARE FUND,<br>*Defendants* | : : : : : : | |

**ORDER**

AND NOW, this _____ day of _____, 2009 upon consideration of Defendants Blake & Uhlig, P.A. and Lauren Fletcher's Motion to Transfer this case and any response thereto, **IT IS HEREBY ORDERED** and **DECREED** that the Motion is **GRANTED** and this case is transferred to the United States District Court for the District of Kansas pursuant to 28 U.S.C. § 1404(a).

BY THE COURT:

_____
HONORABLE PETRESE B. TUCKER, U.S.D.J.