# EXHIBIT G

MAY 27 2008

| | |
|---|---|
| JUDITH & TIMOTHY STEELE, h/w<br><br>Plaintiffs<br><br>vs.<br><br>SAEID ALEMO, M.D., UNIVERSITY NEUROSURGICAL, P.C., Alemo's Neurological & Neurosurgical Association, P.C., Hahnemann University Hospital, Tenet Healthsysem Hahnemann, LLC, and Nazareth Hospital<br><br>Defendants | IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY<br><br>SEPTEMBER TERM, 2006<br><br>NO. 003267<br><br>CIVIL ACTION – MEDICAL PROFESSIONAL LIABILITY ACTION |

## ORDER

AND NOW, to wit, this _____ day of _May_ 2008, upon consideration of the Motion for Intervention filed by the Boilermakers National Health and Welfare Fund, and any responses thereto, it is hereby ordered and decreed that said Motion is denied.

BY THE COURT:

_____ J.

COPIES SENT
PURSUANT TO Pa.R.C.P. 236(b)

MAY 21 2008

FIRST JUDICIAL DISTRICT OF PA
USER I.D.: _____