# EXHIBIT H

**DOCKETED**

MAY 2 8 2009

S. LONERGAN

# 08097636

JUDITH and TIMOTHY STEELE, h/w,

Plaintiffs,

vs.

SAEID ALEMO, M.D., UNIVERSITY NEUROSURGICAL, P.C., ALEMO'S NEUROLOGICAL & NEUROSURGICAL ASSOCIATION, P.C., HAHNEMANN UNIVERSITY HOSPITAL, TENET HEALTHSYSTEM HAHNEMANN, LLC, AND NAZARETH HOSPITAL,

Defendants.

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY

SEPTEMBER TERM, 2006

NO. 063267

CIVIL ACTION – MEDICAL PROFESSIONAL LIABILITY ACTION

**ORDER**

AND NOW, this 28th day of May, 2009, upon consideration of the Motion in Limine of Defendants, Saeid Alemo, M.D. and University Neurosurgical, P.C., to Preclude Plaintiffs From Recovering Damages for Past Medical Expenses Paid by the Boilermakers Health & Welfare Fund, and any responses thereto, it is hereby ORDERED and DECREED that said Motion in Limine is GRANTED. It is further ORDERED and DECREED that Plaintiffs shall not be permitted to recover any past medical expenses paid by the Boilermakers Health & Welfare Fund as part of any verdict.

BY THE COURT

_____, J.

COPIES SENT
PURSUANT TO Pa.R.C.P. 236(b).

MAY 2 8 2009

FIRST JUDICIAL DISTRICT OF PA
USER I.D.:

Steele Etal Vs Alemo Md-ORDER

00090320700123