**CERTIFICATE OF SERVICE**

      I, James R. Kahn, Esquire, hereby certify that I have caused this document to be filed electronically on July 31, 2009. It is available for reviewing and downloading from the ECF system, and will be served electronically on all counsel.

                **MARGOLIS EDELSTEIN**

                By:   */s/ JK724*
                        JAMES R. KAHN, ESQUIRE
                        I.D. no. 29127
                        *jkahn@margolisedelstein.com*

                        The Curtis Center, Suite 400 E
                        170 S. Independence Mall West
                        Philadelphia, PA 19106-3337
                        Tel: (215) 922-1100

                        Attorneys for Defendants Blake & Uhlig, P.A.
                        and Lauren Fletcher

Dated: July 31, 2009