## CERTIFICATE OF SERVICE

    I, James R. Kahn, Esquire, hereby certify that I have caused this document to be filed electronically on August 3, 2009. It is available for reviewing and downloading from the ECF system, and will be served electronically on all counsel.

                                              **MARGOLIS EDELSTEIN**

                                   By:   */s/ JK724*
                                                JAMES R. KAHN, ESQUIRE
                                                I.D. no. 29127
                                                *jkahn@margolisedelstein.com*

                                             The Curtis Center, Suite 400 E
                                             170 S. Independence Mall West
                                             Philadelphia, PA 19106-3337
                                             Tel: (215) 922-1100

                                             Attorneys for Defendants Blake & Uhlig, P.A.
                                             and Lauren Fletcher

Dated: August 3, 2009