IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY STEELE,** *et al.* : <br> : <br> Plaintiffs, : <br> vs. : <br> : <br> **BLAKE & UHLIG, P.A.,** *et al* : <br> : <br> Defendants. : | Civil Action No. 09-2837 |

## MOTION TO DISMISS

For the reasons more fully described in the accompanying *Brief in Support of Its Motion to Dismiss*, the Boilermakers National Health and Welfare Fund ("Fund") moves pursuant to Federal Rule of Civil Procedure 12(b)(6), for the Court to dismiss the Plaintiffs' Complaint.

Respectfully submitted,

BY:  SLS2217
SAMUEL L. SPEAR, Bar No. 30370
BENJAMIN EISNER, Bar No. 48078
Spear Wilderman, P.C.
230 South Broad Street, Suite 1400
Philadelphia, PA 19102
(215) 732-0101
(215) 732-7790 (facsimile)
**Attorneys for Defendant**

Date:  September 16, 2009        Boilermakers' Health & Welfare Fund