IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY STEELE,** *et al.* : <br> : <br> **Plaintiffs,** : <br> vs. : <br> : <br> **BLAKE & UHLIG, P.A.,** *et al* : <br> : <br> **Defendants.** : | Civil Action No. 09-2837 |

### ORDER

AND NOW, this _____ day of _____ 2009, upon consideration of the Motion to Dismiss the Complaint filed by Defendant Boilermakers' National Health & Welfare Fund, and Plaintiffs' response, it is hereby ordered and decreed that said Motion is GRANTED and this action is dismissed as to that Defendant with prejudice.

BY THE COURT:

_____
U.S.D.J.