IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY STEELE and JUDITH STEELE, H/W,<br><br>　　Plaintiffs,<br><br>v.<br><br>BLAKE & UHLIG, P.A., LAUREN FLETCHER, and BOILERMAKERS NATIONAL HEALTH & WELFARE FUND,<br><br>　　Defendants. | Civil Action No. 09-02837 |

## ORDER

**AND NOW** on this _____ day of _____, 2009, upon consideration of the Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim Upon Which Relief Can Be Granted filed by Defendants Blake & Uhlig, P.A. and Lauren Fletcher, or Alternatively to Transfer Venue filed by Defendants Boilermakers National Health & Welfare Fund, Blake & Uhlig, P.A. and Lauren Fletcher, and Plaintiffs' response in opposition thereto, it is hereby **ORDERED** that the Motions are **DENIED** in their entirety.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　TUCKER,　　　　　　　　　U.S.D.J