## CERTIFICATE OF SERVICE

I, James A. Francis, do hereby certify that, on this date, I caused a true and correct copy of the Plaintiffs' Consolidated Response in Opposition to Defendants Blake & Uhlig, P.A and Lauren Fletcher's Motion to Dismiss and in Opposition to Defendants Boilermakers Nation Health and Welfare Fund, Blake & Uhlig, P.A. and Lauren Fletcher's Motion to Transfer Venue to be served via the Court's ECF Notification system upon the following counsel of record:

Samuel L. Spear, Esq.
Benjamin Eisner, Esq.
SPEAR WILDERMAN, P.C.
230 S. Broad Street, Suite 1500
Philadelphia, PA 19102

Attorneys for Defendant
Boilermakers Nation Heath & Welfare Fund

James Kahn, Esq.
MARGOLIS EDELSTEIN
The Curtis Center
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19106

Attorneys for Defendants
Blake & Uhlig, P.A. and Lauren Fletcher

**FRANCIS & MAILMAN, P.C.**

*/s/ James A. Francis*
JAMES A. FRANCIS
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Attorney for Plaintiff

Dated:  September 16, 2009