## CERTIFICATE OF SERVICE

I, James R. Kahn, Esquire, hereby certify that I have caused this document to be filed electronically on October 5, 2009. It is available for reviewing and downloading from the ECF system, and will be served electronically on all counsel.

**MARGOLIS EDELSTEIN**

By: /s/ JK724
JAMES R. KAHN, ESQUIRE
I.D. no. 29127
jkahn@margolisedelstein.com

The Curtis Center, Suite 400 E
170 S. Independence Mall West
Philadelphia, PA 19106-3337
Telephone: (215) 931-5887

*Attorney for Defendants Blake & Uhlig, P.A. and Lauren Fletcher*

Dated: October 5, 2009